IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ECO-SHELL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2954 Ml/V |
| | ) | |
| BAUERMEISTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on March 21, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last five (5) days, is set to begin <u>Monday, March 20, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Friday, March 10, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>March 3, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-21-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 19 day of April, 2005.

```
                          JON PHIPPS McCALLA
                          UNITED STATES DISTRICT JUDGE
```

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02954 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Roger K. Rutledge
RUTLEDGE & RUTLEDGE
1053 West Rex Rd.
Ste. 101
Memphis, TN 38119

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT