IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY _____ D.C.
05 OCT 21 AM 10: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ECO-SHELL, INC.,
a California corporation,

    Plaintiff,

vs.

BAUERMEISTER, INC.,
a Tennessee corporation,

    Defendant.

CIVIL ACTION NO.

04-2954 MI/V

### ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised that Eco-Shell, Inc. and Bauermeister, Inc., have resolved this action to their mutual satisfaction, such that the above-styled action should be dismissed with prejudice, each party bearing its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that this case be, and therefore is, dismissed with prejudice with each party bearing its own costs.

                                _____
                                JON PHIPPS McCALLA
                                UNITED STATES DISTRICT JUDGE

                                DATE: Oct. 20, 2005

517692.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02954 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Roger K. Rutledge
RUTLEDGE & RUTLEDGE
1053 West Rex Rd.
Ste. 101
Memphis, TN 38119

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT